JERNIGAN v. JERNIGAN

No. 456P84.

Case below: 69 N.C. App. 339.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.

JORDAN v. JONES

No. 391PA84.

Case below: 69 N.C. App. 339.

Petition by defendants/third-party plaintiffs for discretionary review under G.S. 7A-31 allowed 6 November 1984.

LATTIMORE v. FISHER'S FOOD SHOPPE

No. 429PA84.

Case below: 69 N.C. App. 227.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 6 November 1984.

MILLER v. RUTH'S OF N. C., INC.

No. 369P84.

Case below: 69 N.C. App. 153.

Petitions by plaintiff and several defendants for discretionary review under G.S. 7A-31 denied 6 November 1984.

MILLER v. RUTH'S OF N. C., INC.

No. 474P84.

Case below: 69 N.C. App. 672.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 November 1984.